UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 2:22-cv-00066-SPC-NPM

DANIEL LUGO

    Plaintiff

vs.

ISLAND HARBOR BEACH CLUB, LLC.

    Defendant
_____/

## MEDIATION DISPOSITION REPORT

A mediation conference was conducted on Thursday, August 11, 2022. The conference resulted in the following:

1. All required parties were present for the mediation.

2. The case settled

    Respectfully submitted

    /s/ H. Randal Brennan_____
    H. Randal Brennan, Mediator
    Mediator #:15632CR

cc:    Lee Sarkin, Esquire
    drewmlevitt@gmail.com
    lsarkin@aol.com

    Albert J. Tiseo, Jr., Esquire
    atiseo@gtslawfirm.com
    lbaird@gtslawfirm.com